IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, | No. 2:17-CV-0591-CMK |
| Plaintiff, | |
| vs. | ORDER |
| ALICE M. DeBON, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action under the Americans with Disabilities Act. On June 8, 2017, defendants filed a request for an order to show cause to be issued. On June 14, 2017, the court issued a minute order construing the request as a motion to dismiss and set the matter for hearing on August 29, 2017. On August 11, 2017, the matter was reassigned to the undersigned for all purposes pursuant to the consent of all parties to Magistrate Judge jurisdiction over this case. The August 11, 2017, reassignment order vacated all hearing dates.

/ / /

/ / /

/ / /

The court now resets defendants' motion to dismiss for hearing on September 6, 2017, at 10:00 a.m. before the undersigned in Redding, California. Counsel who are not local are permitted and encouraged to attend telephonically. Telephonic appears can be arranged through CourtCall. Briefing on defendants' motion shall be governed by Eastern District of California Local Rule 230.

　　　　　IT IS SO ORDERED.

DATED: August 18, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE