THOMAS E. FRANKOVICH (State Bar #074414)
AMANDA LOCKHART (State Bar #289900)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
702 Mangrove Ave., #304
Chico, CA 95926
Telephone: (415) 389-8600
Email: tfrankovich@disabilitieslaw.com
alockhart@disabilitieslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>　　　Plaintiff,<br>v.<br><br>DeBON FAMILY LIVING TRUST, *et al.*<br><br>　　　Defendants. | CASE NO. 2:17-cv-00591-CMK<br><br>**ORDER GRANTING PLANTIFF'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>**Date:** September 6, 2017<br>**Time:** 10:00 a.m.<br>**Location:** 304, 3rd Floor, Redding<br><br>**Hon. Craig M. Kellison** |

　　　This Court has reviewed Plaintiff's request to appear telephonically and, for good cause shown, hereby grants the request.

**IT IS SO ORDERED.**
　　　Dated:  August 25, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE