UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>       Plaintiff,<br><br>v.<br><br>DEBON FAMILY LIVING TRUST, *et al.* | CASE NO. 2:17-cv-00591-CMK<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING THE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. Craig M. Kellison |

The Court has considered the stipulation between the parties and, for good cause shown, hereby GRANTS the request. The current motion to dismiss hearing date of September 6, 2017, is hereby taken off calendar and will be continued to October 11, 2017, at 10:00 a.m. in Redding California. Defendants' Reply is due 7 days prior to the hearing date. Counsel may appear telephonically. Plaintiff is to file a Notice of Settlement immediately upon execution of any settlement agreement.

**IT IS SO ORDERED.**

**Dated: August 31, 2017**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE