UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>v.<br><br>DEBON FAMILY LIVING TRUST, *et al.* | **CASE NO.** 2:17-cv-00591-CMK<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Hon. Craig M. Kellison** |

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

**IT IS SO ORDERED.**

**Dated:  October 13, 2017**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE